JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Steven Sheeran & Kelly Sheeran h/w

### DEFENDANTS
Chartworld Shipping Corp.
Inchcape Shipping Services
ABC Companies & John Does

(b) County of Residence of First Listed Plaintiff  Philadelphia, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  N/A: Monrovia, Liberia
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, Email and Telephone Number)*
Bruce D. Zeidman, Esq., Cofsky & Zeidman, LLC
209 Haddon Ave., Haddonfield, NJ 08033
856-429-5005

Attorneys *(If Known)*
Charles P. Neely, Esq. (for Chartworld Shipping Corp.)
Palmer Biezup & Henderson LLP, 330 Market St., Camden, NJ 08102
856-428-7717; cneely@pbh.com

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC Sec. 1332 Diversity

Brief description of cause:
Longshoreman's Personal injury action against a vessel under 33 USC Sec 905(b)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. **IN EXCESS OF**

**DEMAND $** 75,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE  9/2/14
SIGNATURE OF ATTORNEY OF RECORD
*Charles P. Neely*

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN SHEERAN and<br>KELLY SHEERAN, his wife,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>M/V SWAN CHACABUCO, ABC<br>COMPANIES, (fictitious names) 3-15, and<br>JOHN DOES 1-15 (fictitious names), and<br>CHARTWORLD SHIPPING CORP., and<br>INCHCAPE SHIPPING SERVICES<br><br>　　　　　　　　Defendants | CIVIL ACTION NO.:<br><br><br><br><br><br><br><br><br><br>**NOTICE OF REMOVAL** |

**TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY:**

　　　　Defendant, Chartworld Shipping Corp., by and through their undersigned attorneys, Palmer Biezup & Henderson LLP, respectfully aver as follows:

　　　　1.　　Plaintiffs Steven Sheeran and Kelly Sheeran, his wife, filed an Amended Complaint in the Superior Court of New Jersey for Camden County, New Jersey on or about April 9, 2014, under Docket Number L-239-14 naming, among others, Chartworld Shipping Corp. as a defendant. *See* Plaintiff's Amended Complaint attached hereto as *Exhibit* "A."

　　　　2.　　Defendant Chartworld Shipping Corp. ("CSC") received a copy of Plaintiff's Amended Complaint via certified mail in Glyfada, Greece on August 12, 2014. This was the earliest date on which defendant received notice of the existence of the Amended Complaint and the lawsuit against CSC. (*Exhibit* "B")

1

3.  Plaintiffs allege that Steven Sheeran, an employee of stevedore Gloucester Terminals, was injured on or about January 23, 2012, in the No. 4 cargo hold of the vessel M/V SWAN CHACABUCO due to an improperly maintained "tray" that was being used to discharge cargo. *See* Exhibit "A" at ¶¶ 7-8. Plaintiff's allegations necessarily mean that plaintiff claims to have been working as a longshoreman employee of stevedore Gloucester Terminals while aboard the M/V SWAN CHACABUCO, *See Exhibit* "A" at ¶¶ 1,7-8.

4.  Plaintiffs allege that at the time of the alleged accident, the subject vessel, M/V SWAN CHACABUCO, was located alongside the Gloucester Terminals facility, Gloucester City, New Jersey which necessarily means that the vessel was in the Delaware River which is part of the navigable waters of the United States. *See Exhibit* "A" at ¶¶ 1.

5.  Plaintiffs allege in the Amended Complaint that "Steven Sheeran was caused to suffer injuries which are and may be serious and permanent in nature, including but not limited to crush injuries to Plaintiff Steven Sheeran's foot, including permanent nerve damage, as well as other injuries, which has caused him to endure great pain and suffering, loss of earnings and earning capacity, as well as to incur various medical expenses in an effort to cure himself, and will be required to do so in the future." *See Exhibit* "A" at ¶ 11. Based on said allegations contained in ¶11 of Plaintiffs' Amended Complaint, the amount in controversy exceeds the sum or value of $75,000.

6.  Plaintiff's lawsuit is removable pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(b) because there is diversity of citizenship between Plaintiffs and Defendant CSC, no Defendant properly joined and served is a citizen of New Jersey, and the amount in controversy exceeds $75,000 exclusive of interest and costs.

7. Plaintiffs are citizens and residents of the Commonwealth of Pennsylvania and reside at 1741 S. Newkirk Street, Philadelphia, Pennsylvania. *See Exhibit* "A", introductory paragraph.

8. At all times material hereto Defendant Chartworld Shipping Corp. was and is a Liberian corporation with an office in Monrovia, Liberia and its principal place of business in Glyfada, Greece.

9. Defendant M/V SWAN CHACABUCO is a Bahamian Flag vessel with a port of registry in Nassau, Bahamas. The docket information from The New Jersey Superior Court for Camden County reveals the entry of an order dated August 8, 2014 **dismissing** defendant M/V SWAN CHACABUCO from the case on a without prejudice basis. (Docket information attached as *Exhibit* "B").

10. At all times material hereto Defendant Inchape Shipping Services is an Alabama corporation with its principal place of business in Mobile, Alabama.

11. Upon information and belief, Defendant Inchcape Shipping Services has not been served with the Summons and Amended Complaint in this matter. No lawyers have entered an appearance for said defendant in the action pending in Superior Court of New Jersey for Camden County. See the docket information from The New Jersey Superior Court for Camden County attached as *Exhibit* "C" which confirms no attorneys have entered for any Defendant in this matter.

12. Defendants ABC Companies 1-15 have not been identified and, therefore have not been served with a Summons and Amended Complaint in this matter. Under the law, an unidentified fictitious defendant is ignored for the purposes of removal.

13. Defendants John Does 1-15 have not been identified and, therefore have not been served with a Summons and Amended Complaint in this matter. Under the law, an unidentified fictitious defendant is ignored for the purposes of removal.

14. The sum in controversy, exclusive of interest and costs, exceeds $75,000 based on the injuries, losses and damages claimed by Plaintiff in ¶ 11 of the Amended Complaint. *See Exhibit* "A" at ¶ 11.

15. Alternatively, a claim by a longshoreman like plaintiff Steven Sheeran for alleged personal injuries sustained while working aboard a vessel located within the navigable waters of the United States is within the admiralty or maritime jurisdiction of this Court, which has original jurisdiction over such a case as set forth in 28 U.S.C. § 1333(1).

16. Plaintiffs' lawsuit is removable as provided by 28 U.S.C.§ 1441(a), inasmuch as this Court has original jurisdiction of any case of admiralty or maritime jurisdiction and no Act of Congress expressly prohibits removal of this lawsuit.

17. Alternatively Plaintiffs' claims were necessarily brought pursuant and subject to the provisions and limitations of the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. § 901 et seq. ("LHWCA") and, in particular, pursuant and subject to 33 U.S.C § 905(b), which provides a longshoreman's exclusive remedy against a vessel. Therefore, Plaintiffs' lawsuit is based on and subject to a claim or right arising under the laws of the United States and

such claim or right is within the original jurisdiction conferred on the district courts of the United States by 28 U.S.C. § 1331.

18. Plaintiffs' lawsuit is removable as provided by 28 U.S.C.§ 1441(a), inasmuch as this Court has original jurisdiction of a case based on and subject to a claim or right arising under the laws of the United States (28 U.S.C. § 1331) and no Act of Congress expressly prohibits removal of this lawsuit.

19. Removal is timely because this Notice of Removal is being filed within 30 days of August 12, 2014, the earliest date on which defendant Chartworld Shipping Corp. received notice of the Amended Complaint. *See* 28 U.S.C. § 1446(b).

20. Consent for removal is not required from defendant Inchcape Shipping Services because, upon information and belief, defendant Inchcape Shipping Services has not been served with the Summons and Amended Complaint. Defendant M/V SWAN CHACABUCO was dismissed as a defendant on August 8, 2014. (*Exhibit* "B")

21. Venue is properly laid in this district because Plaintiff alleges that the events giving rise to his claim occurred in this district, 28 U.S.C. § 1391(b), and this lawsuit is being removed from the Superior Court of New Jersey for Camden County, New Jersey. 28 U.S.C. § 1441(a).

22. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants are attached hereto. *See* Exhibit "D".

WHEREFORE, Defendants remove to this Honorable Court the action now pending in the Superior Court of New Jersey for Camden County, New Jersey under Docket Number L-239-14.

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP
By: /s/Charles P. Neely
    Charles P. Neely
    330 Market Street
    Camden, NJ 08102
    (856) 428-7717
    cneely@pbh.com
    Attorneys for Defendant
    Chartworld Shipping Corp

**OF COUNSEL:**

PALMER BIEZUP & HENDERSON LLP
Richard Q. Whelan
190 N. Independence Mall West
Suite 401
Philadelphia, PA 19106
(215) 625-9900
rwhelan@pbh.com

Attorneys for Defendant
Chartworld Shipping Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served on September 2, 2014, by first-class mail, postage prepaid, addressed to:

Bruce D. Zeidman, Esq., Esquire
Cofsky & Zeidman, LLC
209 Haddon Avenue
Haddonfield, NJ 08033
*Attorneys for Plaintiffs*

PALMER BIEZUP & HENDERSON LLP

By: *Charles P. Neely* (signature)

Charles P. Neely
330 Market Street
Camden, NJ 08102
(856) 428-7717
cneely@pbh.com